"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 12 2010
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMONT JACKSON,<br>    Petitioner,<br> vs.<br>D.L. RUNNELS, Warden,<br>    Respondent. | Case No. SACV 06-125-PSG (RNB)<br><br>ORDER GRANTING PETITIONER'S MOTION AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |

  The Court construes petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus with Prejudice as a request for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2). As so construed, petitioner's Motion is granted and his Petition for Writ of Habeas Corpus is hereby dismissed with prejudice.

  LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   May 10, 2010

                    _/s/ Philip S. Gutierrez_
                    PHILIP S. GUTIERREZ
                    UNITED STATES DISTRICT JUDGE

Presented by:

_/s/ Robert N. Block_
Robert N. Block
United States Magistrate Judge

1