JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 12 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMONT JACKSON,<br><br>           Petitioner,<br>vs.<br><br>D.L. RUNNELS, Warden,<br><br>           Respondent. | Case No. SACV 06-125-PSG (RNB)<br><br>**JUDGMENT** |

      In accordance with the Order Granting Petitioner's Motion and Dismissing Petition for Writ of Habeas Corpus filed herein,

      IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: __May 10, 2010__

                                                      PHILIP S. GUTIERREZ
                                                      UNITED STATES DISTRICT JUDGE